IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEYBI DANILO CARRILLO GONZALEZ,<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Respondents. | 8:26-CV-583<br><br>ORDER |

The Court has received the federal respondents' return in this case. Filing 6; filing 7; filing 8; filing 9.

The declaration supporting the return indicates that a copy of the petitioner's 2011 notice to appear is attached as Exhibit A, and that a copy of the petitioner's bond hearing—presumably, his August 20, 2026 bond hearing—is attached as Exhibit B. Filing 8 at 3. What is *actually* attached at exhibit A, however, is the petitioner's 2026 arrest warrant, and exhibit B is his 2026 notice to appear. Filing 8-1; filing 8-2.

The Court doesn't actually need the petitioner's 2011 notice to appear. The 2026 bond hearing, however, is another matter. Nor does the record contain "the basis for and conditions of [the petitioner's] release from custody, if any," *see* filing 4 at 2—which the Court presumes must exist because the petitioner was arrested and served with a notice to appear in 2011, but those proceedings were terminated without prejudice in 2023. *See* filing 8 at 4.

Something happened there, but the Court can't tell what. Accordingly, the Court will direct the federal respondents to supplement their return.

IT IS ORDERED:

1. On or before October 14, 2026, the federal respondents shall supplement their return with:

    a. A copy of the petitioner's August 20, 2026 bond hearing and/or order of the immigration judge denying bond, and

    b. Documents establishing the basis for and conditions of the petitioner's previous release from custody.

2. The petitioner's deadline to reply in support of his petition is extended to October 21, 2026.

Dated this 7th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge