IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEYBI DANILO CARRILLO GONZALEZ,<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Respondents. | 8:26-CV-583<br><br>ORDER |

The petitioner has filed a "preliminary reply" and asked for leave to file another reply after the government's supplemental return. Filing 11; *see also* filing 10. It is not at all clear why the petitioner filed his "preliminary reply," which adds nothing to the record or the petitioner's argument, and asks only for something—the opportunity to reply to the government's supplemental return—that the petitioner has already been given. *See* filing 10. Accordingly,

IT IS ORDERED that the petitioner's motion for leave to supplement his reply (filing 11) is denied as moot. As previously ordered, the petitioner may reply in support of his petition on or before October 21, 2026.

Dated this 13th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge